**Jeffrey L. THURMAN**

v.

**STATE of Missouri.**

**No. WD 46480.**

Missouri Court of Appeals,
Western District.

Dec. 15, 1992.

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Aundreia R. Alexander, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and SMART, JJ.

## ORDER

**PER CURIAM.**

Appeal from denial of Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).